## CAIN, ET AL. V. THE STATE.
(Decided May 19, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

THOMAS, J.—No error. Affirmed.

---

## CENTRAL OF GEORGIA RY. CO. V. CARROLL.
(Decided January 22, 1914.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

B. F. REID, for appellant. PACE & LEE, for appellee

Per curiam. Appeal dismissed .

---

## CLARK V. CLARK.
(Decided January 20, 1914.)

APPEAL from Henry Circuit Court.

Heard before Hon. M. SOLLIE.

W. L. LEE, for appellant. BERT HAYES, and ESPEY & FARMER, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## CLAY V. THE STATE.
(Decided December 4, 1914.) ,

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No. error. Affirmed.